IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROGER STARNER JONES, MD                                    PLAINTIFF

v.                                    CIVIL ACTION NO. 1:21-cv-00136-GHD-DAS

PHYCON, INC.; HEALTHCARE INNOVATION
GROUP, LLC d/b/a RELIAS HEALTHCARE AND
OTHER RELATED RELIAS ENTITIES; NORTH
MISSISSIPPI MEDICAL CENTER; et al.                       DEFENDANTS

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 2 day of September, 2021.

                                                         _____
                                                         SENIOR U.S. DISTRICT JUDGE